UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAZARUS ADSIDE,
    Plaintiff,

vs.                                      Case No.: 3:20cv5571/LAC/EMT

LIEUTENANT STOKES,
    Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on April 27, 2021 (ECF No. 19). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 19) is adopted and incorporated by reference in this order.

2. Plaintiff's claims are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1);

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 1st day of June, 2021.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**